IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:01CR180** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PANFILO DOMINGUEZ-AMADOR,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motions of defendant Panfilo Dominguez-Amador (Dominguez-Amador) and the government to allow for approximately 30 days to prepare for trial. Dominguez-Amador acknowledged the additional time needed for the motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. Trial of this matter is scheduled to commence **at 9:00 a.m. on October 9, 2012,** before Chief Judge Laurie Smith Camp and a jury in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The ends of justice have been served by setting such trial date and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from August 31, 2012, and October 9, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 31st day of August, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge